IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**SHADNEY JERMAINE BROWN,**                                                                **PLAINTIFF**

**V.**                              **NO. 4:05CV19-P-D**

**STATE OF MISSISSIPPI, ET AL,**                                             **DEFENDANTS**

## ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT

This *pro se* § 1983 conditions of confinement case was dismissed on January 4, 2005, as frivolous, and plaintiff was barred from filing from filing future *pro se in forma pauperis* cases under the "three-strike rule" of The Prison Litigation Reform Act at 28 U.S.C. § 1915(g). The plaintiff filed a document entitled Motion for Rehearing, which the court will treat as a motion to alter or amend judgment pursuant to Rule 59(e), Federal Rules of Civil Procedure. The court has considered the objections provided by plaintiff, the prior pleadings, as well as the applicable law, and concludes that the dismissal was correct in law and fact and that plaintiff has failed to produce a legal basis to alter the court's ruling. Therefore, the motion is **denied**.

**SO ORDERED** this 20th day of July, 2005.

                                                         /s/ W. Allen Pepper, Jr.
                                                         W. ALLEN PEPPER, JR.
                                                         UNITED STATES DISTRICT JUDGE